(108 So. 257)
## MERRITT v. WILLIAMS. (3 Div. 750.)

(Supreme Court of Alabama. April 15, 1926.)

**Trover and conversion ⬤⟿46—Measure of recovery is value of property at time of conversion, or before trial, with interest.**

Measure of recovery for conversion of personal property is value of property at time of conversion, or at any time subsequent thereto and before trial, with interest.

Appeal from Circuit Court, Montgomery County; Walter B. Jones, Judge.

Action in trover by John Williams against Vernon Merritt. From a judgment for plaintiff, defendant appeals. Transferred from Court of Appeals under Code 1923, § 7326. Affirmed.

Ball & Ball, of Montgomery, for appellant.

Counsel discuss the questions raised, but without citing authorities.

C. H. Roquemore, of Montgomery, for appellee.

Brief of counsel did not reach the Reporter.

SAYRE, J. Trover by appellee against appellant for the conversion of 14 bales of hay. Jury and verdict for the plaintiff. Appellant's (defendant's) main insistence is that the trial court committed error in giving the general affirmative charge for plaintiff. After due consideration of the evidence shown in the bill of exceptions, the court here is of opinion that the charge was correctly given.

Nor was there error in the court's statement to the jury of the measure of damages in the case. The court correctly gave the jury to understand that the measure of recovery for a conversion of personal property is the value of the property at the time of the conversion, or at any time subsequent thereto and before the trial, with interest. Mattingly v. Houston, 52 So. 78, 167 Ala. 167.

There were some exceptions on the admission of evidence, but we think they hardly require separate statements. There was no error in the rulings excepted to.

Affirmed.

GARDNER, MILLER, and BOULDIN, JJ., concur.